No. 121. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NORTHWEST STEEL ROLLING MILLS, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. D. G. Eggerman* for respondent.

Nos. 281 and 282. WOODS, COURT TRUSTEE, *v.* CITY NATIONAL BANK & TRUST CO. OF CHICAGO ET AL. October 14, 1910. Motion to dispense with the printing of an additional record, and petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit, granted. *Mr. Weightstill Woods* for petitioner. *Mr. Vincent O'Brien* for respondents.

No. 235. NATIONAL LABOR RELATIONS BOARD *v.* LINK-BELT COMPANY; and

No. 236. SAME *v.* INDEPENDENT UNION OF CRAFTSMEN. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications. *Solicitor General Biddle* and *Mr. Charles Fahy* for petitioner. *Mr. Herbert Pope* for respondent in No. 235. *Mr. Benjamin Wham* for respondent in No. 236. Reported below: 110 F. 2d 506.